NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRAVEL SENTRY, INC.,**
*Plaintiff-Cross Appellant,*

v.

**DAVID A. TROPP,**
*Defendant-Appellant.*

---

2011-1023, -1367

---

Appeals from the United States District Court for the Eastern District of New York in case no. 06-CV-6415, Judge Eric N. Vitaliano.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to reactivate appeal no. 2011-1023, to consolidate that appeal with appeal no. 2011-1367, and that 2011-1367 be captioned as a cross-appeal. Travel Sentry, Inc. moves without opposition for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. David A. Tropp's principal brief shall be filed within 40 days from the date of this order. The due date for Travel Sentry's principal and response brief should be calculated from the filing date of Tropp's principal brief.

(2) The revised official caption is reflected above.

FOR THE COURT

JUL 1 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William L. Prickett, Esq.
    Donald R. Dinan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2011

JAN HORBALY
CLERK